AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| FREDRICK ALLEN SNEED | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 APR -5  AM 11: 38

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

Case No.   3:19 mj 185

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____4/4/2019_____ in the county of _____Montgomery_____ in the

___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

SA David M. Ashley, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___4-5-19___

_____
_Judge's signature_

City and state: _____Dayton, Ohio_____

Hon. Walter H. Rice, U.S. District Court Judge
_Printed name and title_

**AFFIDAVIT**

I, DAVID M. ASHLEY, being duly sworn, depose, and say:

## INTRODUCTION

1. I am a Special Agent of the United States Drug Enforcement Administration (DEA) within the meaning of Title 21, United States Code, Section 878, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code.

2. I have been employed as a Special Agent (SA) by the United States Department of Justice, DEA, since 2009 and am currently assigned to the DEA Dayton Resident Office (DRO). In March 2009, I reported to the DEA Basic Agent Training Academy at the DEA Justice Training Center in Quantico, Virginia. While attending Basic Agent Training, I received instruction on topics including narcotics identification, surveillance techniques, methods of operation of narcotics traffickers, law, evidence handling, undercover operations, current trends/patterns involving the distribution of narcotics, as well as other areas of drug enforcement. Part of my responsibilities includes investigations involving the transportation of narcotics and other dangerous controlled substances as well as the financial proceeds.  As part of my responsibilities, I have received instruction on firearms and firearm charges.

3. This affidavit is submitted  in support of a criminal complaint which seeks the issuance of a federal arrest warrant against **Fredrick Allen SNEED aka Frederick Allen SNEED** (**SNEED**) or the following suspected offenses:

   a.   Being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

   The facts contained in this affidavit are submitted for the express purpose of establishing probable cause to arrest **SNEED**, and does not include every fact known to subject investigation.

## FACTS

4. On April 4, 2019 at approximately 2:23 am, Miamisburg Police Officer Bryan Klein conducted a traffic stop of Fedrick Allen **SNEED**.  Prior to the stop, Officer Klein observed **SNEED** driving a black in color sedan with no front license plate leaving the Rodeway Inn in Miamisburg, Ohio.  Officer Klein observed **SNEED** commit a traffic violation and stopped **SNEED** to issue him a citation for the traffic offense.

5. While the citation was being written, Officer Russell arrived on scene.  **SNEED** was asked to step out of the vehicle while officers used a K9 to conduct a free air sniff of **SNEED**'s

vehicle. Officers deployed K9 Officer Buck, who is certified in narcotics detection, to conduct the free air sniff. K9 Officer Buck positively alerted to the presence of narcotics.

6.  During a search of the vehicle, officers located a loaded handgun under the driver's seat of **SNEED**'s vehicle. The handgun is a Stoeger Cougar .49 caliber handgun, which was loaded with a magazine containing five (5) rounds of ammunition and which had an additional round in the chamber. The firearm and magazine were collected in a way to preserve forensic DNA evidence possibly present. Officers also located a marijuana shake in the center console.

7.  Officers searched **SNEED** through law enforcement databases and learned that **SNEED** had prior convictions that prohibit him from possessing a firearm. At this point, officers arrested **SNEED**. During a search incident to arrest of **SNEED**, a large sum of money was located on his person as well as marijuana shake located in the car.

8.  While arresting **SNEED**, **SNEED** told officers that he had no knowledge of the firearm inside the vehicle. I have confirmed, however, the vehicle **SNEED** was driving on that day is registered to him.

9.  I consulted with SA Christopher Reed of the Bureau of Alcohol, Tobacco, Firearms, and Explosives in this case. SA Reed specializes in the identification of firearms and their origin/place of manufacture. He has advised me that Berretta Stoeger Cougar firearms are not manufactured in the State of Ohio. As such, the firearm recovered from the subject vehicle has previously moved in interstate commerce.

10. I have conducted a criminal records check of **SNEED**. The criminal records show that **SNEED** has previously been convicted of a felony, which is punishable by a term of imprisonment exceeding one year:

    a.  On or about April 12, 2006, in the Common Pleas Court of Montgomery County, Ohio, Case Number 05CR3658 for Possession of Marijuana, in violation of Ohio Revised Code.

11. Based on the above information, I believe that probable cause exists to conclude that on or about April 3, 2019, while in the Southern District of Ohio, **SNEED** knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Berretta Stoeger Cougar with S/N# T6429-10D000157 with associated ammunition, after being convicted of a felony crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).


David M. Ashley
Special Agent
Dayton DEA Drug Task Force


Subscribed and sworn to before me this 4th day of April, 2019.

HONORABLE MICHAEL J. NEWMAN     WALTER H. Rice
UNITED STATES MAGISTRATE JUDGE
                    District